UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-737-TJH(CW) | Date | July 20, 2012 |
|---|---|---|---|
| Title | Raul Ernesto Morales v. Eric Holder, et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**     (In Chambers)

   Two court documents sent to Petitioner at his address of record have been returned in the mail, undelivered, and stamped "refused," on May 17, 2012 (docket no. 5) and July 9, 2012 (docket no. 12). This action cannot be litigated if Petitioner does not cooperate, and, in particular, if Petitioner fails to provide the court with a current mailing address or fails to accept mail sent to that address. Petitioner is advised that actions are subject to dismissal for failure to prosecute, failure to comply with court orders, and, in particular, failure to provide the court and opposing counsel with a current mailing address.

   Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** in writing, on or before August 10, 2012, why this action should not be summarily dismissed for failure to prosecute, as discussed above.

   The clerk shall hand-mail a copy of this minute order to Luis Carrillo, Esq., Petitioner's counsel in the related case <u>Morales v. Holder</u>, SACV 11-1540-AG(CW)

cc:  Raul Ernesto Morales          Dorothy Kim
     A 71 519 777                  Assistant U.S. Attorney
     501 The City Drive            312 N. Spring St., 12th Floor
     Orange, CA 92868              Los Angeles, CA 90012-4700

     Luis A. Carrillo              Stefanie Notarino Hennes
     Law Offices                   U.S. Department of Justice
     1525 Fair Oaks Ave.           Office of Immigration Litigation
     South Pasadena, CA 91030      P.O. Box 868 Ben Franklin Station
                                   Washington, DC 20044